# UNITED STATES BANKRUPTCY COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| *In re*     Carrie Kilbey <br>          Akelius Armstrong, <br>                  *Debtors* <br> ------------------------------------------------------------- <br>          Summit Credit Union, <br>                  *Plaintiff* <br>             v. <br>          Akelius Armstrong, <br>                  *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 24-26394-beh <br><br> Chapter 7 <br><br> Adv. No. 25-2031-beh |

## JUDGMENT IN AN ADVERSARY PROCEEDING

Judgment is entered in favor of the plaintiff. The defendant's debt to the plaintiff is excepted from discharge in the amount of $17,602.89, pursuant to 11 U.S.C. § 523(a)(2)(A) and § 523(a)(2)(B).

The court has approved the form of this judgment.

Date: April 25, 2025                                                                    SEAN D. MCDERMOTT
                                                                                                        *CLERK OF COURT*

                                                                                                         By:   Susan O.
                                                                                                              Deputy Clerk